IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware Entity,<br><br>Plaintiff,<br><br>vs.<br><br>AUTO-OWNERS INSURANCE COMPANY, A Foreign Profit Corporation,<br><br>Defendant. | Case No. |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1331 and 1441, Defendant, Auto-Owners Insurance Company ("Defendant"), hereby removes this action, which has been pending as Case No. 2017-019399-CA-01 in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida ("the Action"), to the United States District Court for the Southern District of Florida, Miami Division, pursuant to 28 U.S.C. §§ 1331 and 1441, *et. seq.* and in support thereof, states as follows:

1. On August 9, 2017, Plaintiff MSP Recovery Claims, Series LLC ("Plaintiff") commenced this action in the Eleventh Circuit Court for Miami-Dade County (the "Circuit Court") by filing a Summons and Complaint with that Court, Case No. 2017-019399-CA-01. (Ex. A, State Court Pleadings).

2. The attached documents constitute all process, pleadings, and orders received or obtained by Defendant in this action.

3. Defendant was not served with the Complaint until September 22, 2017, when the Complaint was forwarded by the Chief Financial Officer of the State of Florida to Defendant's

registered agent for service of process.

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely. This removal is filed within 30 days of service of the Complaint against Defendant. As such, the requirements of 28 U.S.C. § 1446(b) have been met. *See also* M*urphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347 (1999) (time for removal calculated from date of formal service of the summons and complaint).

5. A case may be removed to a federal court if it could have been brought in that federal court originally. 28 U.S.C. § 1441(a); *Rivet v. Regions Bank of Louisiana*, 522 U.S. 470, 474-75 (1998).

6. The sole claim asserted by Plaintiff in the Complaint is a purported private cause of action under 42 U.S.C. § 1394y(b)(3)(A). (Complaint, p. 12.) Plaintiff seeks damages for the alleged violation of this federal law, a claim over which the federal courts have original jurisdiction pursuant to 28 U.S.C. § 1331. No other claim is asserted in the Complaint.

7. Venue is proper in this Court. The Circuit Court is located in the Southern District of Florida, Miami-Dade Division. *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 102(a)(1).

8. In accordance with 28 U.S.C. § 1446(d), a Notice of Filing of Removal and a copy of this Notice of Removal will be promptly filed with the Circuit Court. A copy of that Notice will be served upon Plaintiff.

9. The parties have stipulated that Defendant's response to the Complaint is due on November 13, 2017.

10. Based upon the foregoing, Defendant is entitled to remove this action to this Court under 28 U.S.C. §§ 1331 and § 1441, *et seq.*

WHEREFORE, Defendant serves this Notice that this action has been removed to the United States District Court for the Southern District of Florida, Miami-Dade Division.

        Respectfully submitted,

        CLARKE SILVERGLATE, P.A.
        799 Brickell Plaza, Suite 900
        Miami, Florida 33131
        Telephone: (305) 377-0700
        Facsimile: (305) 377-3001
        *Counsel for Auto-Owners Insurance Co.*

        By: /s/Spencer H. Silverglate
            Spencer H. Silverglate
            Florida Bar No. 769223
            ssilverglate@cspalaw.com
            mpedraza@cspalaw.com
            Francisco Ramos, Jr.
            Florida Bar No. 114766
            framos@cspalaw.com
            socd@cspalaw.com
            cdeleon@cspalaw.com

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct of the foregoing was electronically filed on October 19, 2017 with the Clerk of Court using the CM/ECF system, which will send e-filing notices to all counsel of record.

        CLARKE SILVERGLATE, P.A.

        By: /s/Spencer H. Silverglate
            Spencer H. Silverglate