IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MSP RECOVERY CLAIMS, SERIES LLC,
MSP RECOVERY CLAIMS SERIES 44, LLC

        Plaintiffs,

v.

AUTO-OWNERS INSURANCE COMPANY, SOUTHERN-OWNERS INSURANCE COMPANY, and OWNERS INSURANCE COMPANY,

        Defendants.
_____/

Case No. 1:17-cv-23841-PAS

**<u>ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITHOUT FEES</u>**

THIS MATTER is before the Court on the parties' Joint Motion for Entry of Order Dismissing Case Without Prejudice [DE 143], which states that the parties believe the best opportunity to resolve their dispute lies outside litigation, in the ongoing exchange of data under their Data Exchange Agreement. That Agreement has been filed under seal [DE 146]. As a result, the parties jointly ask the Court to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2) without any fees award.

The Court has reviewed the Agreement and commends the parties for identifying an alternative, potentially more cost-effective and efficient means for resolving their dispute, which involves voluminous and complex data. The Court agrees that an order of dismissal under Federal Rule of Civil Procedure 41(a)(2) is appropriate in this instance. Therefore, consistent with the Data Matching Agreement, it is

    ORDERED THAT

    1.    The parties' Joint Motion for Entry of Order Dismissing Case Without Prejudice

[DE 143] is GRANTED. This matter is DISMISSED, WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(2), and without any fees award, for the parties to pursue resolution of their dispute in accordance with their Data Matching Agreement.

     2.    Any pending motions not otherwise ruled upon are DENIED AS MOOT. If the parties are unable to resolve their dispute through the Agreement, any subsequent relief sought from the courts shall be by a newly filed suit. This case is CLOSED.

DONE and ORDERED in Miami, Florida, on this 3rd day of November, 2022.

*[signature: Patricia A. Seitz]*

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE